# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 743 |
| | : | |
| DESIGNATION OF CHAIR AND | : | SUPREME COURT RULES DOCKET |
| VICE-CHAIR OF THE COMMITTEE ON | : | |
| RULES OF EVIDENCE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, John P. Krill, Jr., Esquire, is hereby designated as Chair, and the Honorable Bradford H. Charles is designated as Vice-Chair, of the Committee on Rules of Evidence, commencing October 1, 2017.